# UNITED STATES SUPERIOR COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDY BREWER, on behalf of herself and on behalf of all other similarly situated individuals,<br>                Plaintiff,<br><br> v.<br><br>SAPUTO DAIRY FOODS USA, LLC, a Delaware Corporation; SAPUTO CHEESE USA, Inc. a Delaware Corporation; and DOES 1-50, inclusive,<br><br>                Defendants. | Case No. 1:16-CV-01373-DAD-EPG<br><br>ORDER GRANTING CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE<br><br>Hearing Date: November 17, 2016<br>Time: 10:00 a.m.<br>CTRM: 10 (6th Floor) |

      Having considered the stipulation of the parties (ECF No. 9) and good cause appearing therein,

      IT IS ORDERED that the Mandatory Scheduling Conference be continued from November 17, 2016 to December 1, 2016 at 10:30 a.m. in Courtroom 10 of the United States Courthouse located at 2500 Tulare Street, Fresno, California 93721.

      IT IS FURTHER ORDERED that a Joint Scheduling Report, carefully prepared and executed by all counsel, shall be electronically filed in CM/ECF and shall be emailed in Word

- 1 –

ORDER GRANTING CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE

format to epgorders@caed.uscourts.gov no later than **November 28, 2016**. The Joint Scheduling Report shall indicate the date, time, and courtroom of the Scheduling Conference. This information is to be placed opposite the caption on the first page of the Report.

IT IS SO ORDERED.

Dated: __**October 26, 2016**__        /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE