**S. BRETT SUTTON 143107**
brett@suttonhague.com
**JARED HAGUE 251517**
jared@suttonhague.com
**JOSEPH V. MACIAS 273168**
joseph@suttonhague.com
**WESLEY CARLSON 298806**
wesley@suttonhague.com
**SUTTON HAGUE LAW CORPORATION**
6715 N. Palm Avenue, Suite 216
Fresno, California 93704
Telephone: (559) 325-0500

Cory G. Lee, Esq. (SBN 216921)
**The Downey Law Firm, LLC** (*Of Counsel*)
9595 Wilshire Blvd., Suite 900
Beverly Hills, California 90210
Tel: (213) 291-3333
Fax: (610) 813-4579
Email: downeyjusticelee@gmail.com

Stuart R. Chandler, Esq. (SBN 88969)
**STUART R. CHANDLER APC**
761 E. Locust Avenue, Suite 101
Fresno, California 93720
Telephone: (559) 431-7770
Facsimile: (559) 431-7778
Stuart@Chandlerlaw.com

Attorneys for Plaintiff and the proposed Class

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| BRANDY BREWER, on behalf of herself and on behalf of all other similarly situated individuals,<br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SAPUTO DAIRY FOODS USA, a Delaware Corporation, SAPUTO CHEESE USA, INC., a Delaware Corporation; and DOES 1-50, inclusive,<br>　　　　　　　Defendants. | Case No. 1:16-cv-01373-DAD-EPG<br><br>**STIPULATION AND REQUEST TO CONTINUE DISCOVERY DEADLINES AND MOTION FILING AND HEARING DATES IN FAVOR OF MEDIATION; ORDER** |

**TO THE HONORABLE COURT:**

Plaintiff Brandy Brewer and Defendants Saputo Dairy Foods USA and Saputo Cheese USA, Inc., (collectively the "Parties") hereby stipulate and agree as follows:

1. WHEREAS, on or about March 10, 2017, the Parties began discussing the possibility of early mediation before a private mediator to entirely resolve this lawsuit;

2. WHEREAS, the Parties have agreed to a Mediation before a respected private mediator, David Lowe, on August 16, 2017;

3. WHEREAS, the August 16, 2017 mediation date was the earliest mediation date that could be secured by the Parties on an agree-to mediator's schedule after inquiring with three different mediators;

4. WHEREAS, as a precondition to mediation, the Parties agreed to continue then pending deadlines for the Parties to respond to discovery including a noticed Rule 30 deposition of Plaintiff, two sets of Rule 33 Interrogatories propounded by Defendants, two sets of Rule 34 Document Demands propounded by Defendant, and two sets of Rule 36 Requests for Admissions propounded by Defendant. Additionally, the Parties agreed to defer any discovery motion practice until after the scheduled mediation. Plaintiff previously propounded Rule 33 Interrogatories and Rule 34 Document Demands on Defendants and Defendant previously propounded two sets of Rule 34 Document Demands, but the Parties had yet to meet and confer or move the Court related to that discovery.

5. WHEREAS, the Parties have agreed to exchange the information necessary to settlement discussions informally;

6. WHEREAS, the Parties' agreement to pause discovery pending mediation was a precondition to mediation as the Parties seek to avoid the expenses and consumption of resources associated with formal discovery and potential motion practice before the Court;

7. WHEREAS, the Court's December 5, 2016, Scheduling Order, Document No, 14 set dates for:

    a. Non-Expert Discovery due on 9/8/2017;

    b. Class Certification Motion filing due on 11/3/17;

|     |     |     |     |
| --- | --- | --- | --- |
| 1   |     | c.  | Opposition due on 1/12/18; |
| 2   |     | d.  | Reply due on 3/2/18; |
| 3   |     | e.  | Motion Hearing set for 4/3/18 before District Judge Dale A. Drozd. |
| 4   | 8.  |     | WHEREAS, in light of the Parties' scheduled mediation and request to avoid the |

expense and consumption of resources associated with formal discovery, the Parties agree and respectfully request the Court vacate the current dates and reset them to:

    a.    Non-Expert Discovery due on or after 2/8/2018;

    b.    Class Certification Motion filing due on or after 4/3/18;

    c.    Opposition due on or after 6/12/18;

    d.    Reply due on or after 8/2/18;

    e.    Motion Hearing set for 9/4/18 or as soon thereafter as practicable for the Court's calendar.

3

STIPULATION AND REQUEST TO CONTINUE DISCOVERY DEADLINES AND MOTION DEADLINES FOR MEDIATION
*Brewer v. Saputo Dairy Foods, USA et al.*, 1:16-cv-01373-DAD-EPG

DATED: _____, 2017          THE DOWNEY LAW FIRM

                                 By: _____
                                 Cory G. Lee
                                 Attorneys for Plaintiff Brandy Brewer


DATED: _____, 2017          STUART R. CHANDLER, APC


                                 By: _____
                                 Stuart R. Chandler
                                 Attorneys for Plaintiff Brandy Brewer


DATED: _____, 2017          SUTTON HAGUE LAW CORPORATION


                                 By: _____
                                 S. Brett Sutton
                                 Jared Hague
                                 Joseph V. Macias
                                 Wesley Carlson
                                 Attorneys for Defendants Saputo Dairy Foods USA, LLC and Saputo Cheese USA, Inc.

4
STIPULATION AND REQUEST TO CONTINUE DISCOVERY DEADLINES AND MOTION DEADLINES FOR MEDIATION
*Brewer v. Saputo Dairy Foods, USA et al.*, 1:16-cv-01373-DAD-EPG

**ORDER**

Based on the above stipulation (a fully-executed copy of which is located on the docket as ECF No. 21) and good cause having been shown therein, the dates set by the Court's December 5, 2016 Scheduling Order (ECF No. 14) are vacated and reset to:

a. Non-Expert Discovery cutoff date is set for **February 8, 2018**;

b. Mid-Discovery status conference is set for **November 13, 2017** at **9:30 a.m.** in Courtroom 10 (EPG);

c. Motion for class certification shall be filed no later than **April 3, 2018**;

d. Opposition to motion for class certification shall be filed no later than **June 12, 2018**;

e. Reply in support of motion for class certification shall be filed no later than **August 2, 2018**;

f. Hearing on the motion for class certification is set for on **September 4, 2018** at **9:30 a.m.** in Courtroom 5 (DAD).

IT IS SO ORDERED.

Dated: **June 1, 2017**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE