Stuart R. Chandler, Esq.
**STUART R. CHANDLER APC**
761 E. Locust Avenue, Suite 101
Fresno, California 93720
Telephone: (559) 431-7770
Facsimile: (559) 431-7778
Stuart@Chandlerlaw.com

Attorneys for Plaintiff and the proposed Class

# UNITED STATES SUPERIOR COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDY BREWER, on behalf of herself and on behalf of all other similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>SAPUTO DAIRY FOODS USA, LLC, a Delaware Corporation; SAPUTO CHEESE USA, Inc. a Delaware Corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 1:16-CV-01373-DAD-EPG<br><br>JOINT STIPULATION AND ORDER TO CONTINUE MID-DISCOVERY STATUS CONFERENCE<br><br>Hearing Date: February 11, 2019<br>Time: 9:30 a.m.<br>Courtroom: 10 |

On September 11, 2018, Your Honor continued the Mid-Discovery Status Conference from September 17, 2018 to February 11, 2019 while the parties sought preliminary and final approval in the matter before Judge Mathias in the Tulare County Superior Court. The parties have a Final Approval Hearing on Friday, February 8, 2019. The parties respectfully request a sixty (60) day continuance and anticipate immediately requesting a dismissal in this matter in the likely event the settlement receives final approval in Tulare County.

IT IS HEREBY STIPULATED, by and between the parties hereto that the Court continue

- 1 –

the Mid-Discovery Status Conference sixty (60) days.

| | |
|---|---|
| February 7, 2019 | STUART R. CHANDLER, APC, |
| | |
| | /s/ Stuart R. Chandler |
| | Stuart R. Chandler, Attorney for Plaintiff, BRANDY BREWER, and proposed Class |
| | |
| February 7, 2019 | SUTTON HAGUE LAW CORPORATION |
| | |
| | /s/ Jared Hague |
| | Jared Hague, Attorney for SAPUTO DAIRY FOODS USA, LLC, and SAPUTO CHEESE USA, INC. |

## ORDER

Having considered the stipulation of the parties,

IT IS ORDERED that the Mid-Discovery Status Conference be continued from February 11, 2019 to April 10, 2019 at 9:30 a.m. in Courtroom 10 of the United States Courthouse located at 2500 Tulare Street, Fresno, California 93721. The parties are reminded to file a joint status report one week prior to the conference.

IT IS SO ORDERED.

Dated: **February 7, 2019**         /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE