# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDY BREWER, on behalf of herself and on behalf of all others similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>SAPUTO DAIRY FOODS USA, LLC, et al.<br><br>Defendants. | Case No. 16-cv-01373-DAD-EPG<br><br>ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION AS TO PLAINTIFF<br><br>(ECF No. 38) |

Plaintiff, Brandy Brewer, for herself and not on behalf of the proposed class, and Defendants, Saputo Dairy Foods USA, LLC, and Saputo Cheese USA, Inc., have filed a stipulation to dismiss the entire action with prejudice as to Plaintiff Brandy Brewer. (ECF No. 38.) In light of the stipulation, the case has ended and is dismissed with prejudice as to Plaintiff Brandy Brewer and without prejudice as to the proposed class. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated: **April 4, 2019**　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE